AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
| v. | ) |
| JOHN LEE | ) Case No. 8:22-mj-2127-SPF |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) JOHN LEE
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1343 - Wire fraud
18 U.S.C. § 1341 - Mail fraud
18 U.S.C. § 2314 - Interstate transportation of stolen goods

Date: 11/21/2022

*Issuing officer's signature*

City and state: Tampa, Florida

Sean P. Flynn, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 11-22-22, and the person was arrested on (date) 11-22-22
at (city and state) D/NJ NEWARK

Date: 11-29-22

For HSI
*Arresting officer's signature*

Jeff R. Cobb, CIDUSM
*Printed name and title*