UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA     :

v.                                :         Case No. 8:22-MJ-2127-SPF

JOHN LEE                      :

## MOTION FOR MISCELANEOUS RELIEF

Defendants, JOHN LEE, by and through undersigned counsel, hereby moves this Honorable Court to cancel the detention and preliminary hearing set for December 21, 2022, and as grounds therefore, states as follows:

1.     Defendant after consulting with counsel is no longer requesting a preliminary hearing and waives the same.

2.     Defendant at this time is not contesting the Government's motion for detention and is reserving the right to address it via a written motion in the future should circumstances change.

3.     Counsel has consulted with opposing counsel, AUSA Rachelle Bedke, regarding the instant motion and she has no objection to the proposed cancellation.

WHEREFORE, the Defendants respectfully requests this Honorable Court to grant this unopposed motion to cancel the hearings set for tomorrow and to order

that he be detained with the understanding that defendant reserves the right to

revisit the issue in the future.

Respectfully Submitted,

*s/ Bjorn E. Brunvand*
BJORN E. BRUNVAND, ESQ.
BRUNVAND WISE, PA.
Counsel for the Defendant
615 Turner Street
Clearwater, Florida 33756
Telephone No.: (727)446-7505
Facsimile No.: (727)446-8147
Email: bjorn@acquitter.com
Florida Bar No. 831077

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 20, 2022, I electronically filed the

following with the Clerk of Court by using the CM/ECF system which will send a

notice of electronic filing to counsel for all parties.

*s/ Bjorn E. Brunvand*
BJORN E. BRUNVAND, ESQ.
BRUNVAND WISE, PA
Counsel for the Defendant
